**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| *In re: MultiPlan Health Insurance Provider Litigation*<br><br>This Document Relates to<br><br>*Ivy Creek of Tallapoosa, LLC et. al. v. MultiPlan, Inc.*, No. 1:24-cv-03900 | Case No. 1:24-CV-6795<br>Hon. Matthew F. Kennelly |

**PLAINTIFFS IVY CREEK OF TALLAPOOSA LLC D/B/A LAKE MARTIN COMMUNITY HOSPITAL AND ELMORE COMMUNITY HOSPITAL RURAL HEALTH ASSOCIATION D/B/A ELMORE COMMUNITY HOSPITAL'S NOTICE OF VOLUTARY DISMISSAL WITHOUT PREJUDICE**

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ivy Creek of Tallapoosa, LLC d/b/a Lake Martin Community Hospital and Plaintiff Elmore Community Hospital d/b/a Elmore Community Hospital ("Plaintiffs"), by and through their undersigned counsel, hereby voluntarily dismiss their claims in the above captioned action without prejudice. Defendant MultiPlan, Inc. has not served an answer or a motion for summary judgment. In the event of a future recovery in this action, nothing in the foregoing shall prevent Plaintiffs from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent class member.

Dated: November 12, 2024

Respectfully submitted,

*/s/ Robin A. van der Meulen*

Joseph P. Guglielmo (N.D. Ill. Bar No. 2759819)
Karin E. Garvey (N.D. Ill. Bar No. 2997831)
Robin A. van der Meulen (*admitted pro hac vice*)
Brian M. Hogan (N.D. Ill. Bar No. 6286419)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
Telephone: 212-223-6444
jguglielmo@scott-scott.com
kgarvey@scott-scott.com
rvandermeulen@scott-scott.com
brian.hogan@scott-scott.com

Patrick J. Coughlin (N.D. Ill. Bar No. 90785466)
Jonathan Smallwood (*admitted pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-798-5319
pcoughlin@scott-scott.com
jsmallwood@scott-scott.com

Patrick McGahan (*admitted pro hac vice*)
Michael Srodoski (*admitted pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 S. Main St.
Colchester, CT 06415
Telephone: 860-531-2606
pmcgahan@scott-scott.com
msrodoski@scott-scott.com

Labeat Rrahmani (N.D. Ill. Bar No. 6340286)
**KOREIN TILLERY, LLC**
205 North Michigan Avenue, Suite 1950
Chicago, IL 60601
Telephone: 312-641-9750
lrrahmani@koreintillery.com

Christopher M. Burke
Walter Noss
Yifan (Kate) Lv
**KOREIN TILLERY PC**
707 Broadway, Suite 1410
San Diego, CA 92101
Telephone: 619-625-5620
cburke@koreintillery.com
wnoss@koreintillery.com
klv@koreintillery.com

*Counsel for Plaintiffs Ivy Creek and Elmore Community Hospital*